IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                      No. 5:13-CR-50045-001

SANTOSH RAM                                                       DEFENDANT

## O R D E R

Comes on for consideration the Report and Recommendation (Doc. 64) filed in this case on June 23, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se "Motion to Waive Off Fine/Alternate Option of Payment/Fine Adjustment" (Doc. 63) is **DENIED**.

IT IS SO ORDERED this 21st day of July, 2014

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 2 1 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

_____
**Timothy L. Brooks**
**United States District Judge**