# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF/RESPONDENT**

V.         **CASE NO. 5:13-CR-50045**

**SANTOSH RAM**          **DEFENDANT/PETITIONER**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 108) of Magistrate Judge James R. Marschewski, filed on April 24, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 108) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Docs. 84, 89) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 31st day of May, 2018.

                         /s/ Timothy L. Brooks
                         TIMOTHY L. BROOKS
                         UNITED STATES DISTRICT JUDGE